**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**WESTERN DIVISION AT DAYTON**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | Case No. 3:19-mj-00521 |
| | : | |
| Plaintiff, | : | Magistrate Judge Sharon L. Ovington |
| | : | |
| vs. | : | |
| | : | |
| TERRY SCOTT JONES, | : | |
| | : | |
| Defendant. | : | |
| | : | |

## BINDOVER ORDER

This matter was set for preliminary examination on September 11, 2019.

Defendant appeared with counsel and waived his right to a preliminary examination.  The

Court found the waiver to be knowing and voluntary and therefore orders that Defendant

be bound over to the grand jury to answer the charge.

September 11, 2019

*s/Sharon L. Ovington*
Sharon L. Ovington
United States Magistrate Judge